## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF MISSISSIPPI

**RE:**                                                **BANKRUPTCY NO: 17-14120**
**TROY TOWNSEND**
**228 WOODLAND CIRCLE**
**HOUSTON, MS  38851**

## NOTICE AND MOTION TO DISMISS

      **COMES NOW**, Terre M. Vardaman, the duly appointed and qualified Standing **TRUSTEE** in the above cause, and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

      **NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the depicted due date, the Chapter 13 proceeding of the above **DEBTOR** will be dismissed.

      **WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

      **Respectfully Submitted on APRIL 1, 2022.**          /S/ TERRE M. VARDAMAN
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663

**AMOUNT DUE**:  **$4898.50**
(includes amount past due through MARCH 2022, plus accruing payments due for APRIL 2022).

**DATE DUE: APRIL 22, 2022.**

### CERTIFICATE OF SERVICE
      I, Terre M. Vardaman, Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I caused to be delivered, either electronically or via U.S. Mail, postage prepaid, a true and correct copy of the foregoing Notice and Motion to Dismiss to the **DEBTOR**, to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

**DATED**:  **APRIL 1, 2022**.                    **/s/ TERRE M. VARDAMAN, CHAPTER 13 TRUSTEE**

DEBTOR'S ATTORNEY                    **PLEASE SEND PAYMENTS ONLY TO:**
KAREN B. SCHNELLER                    **Terre M. Vardaman**
PO BOX 417                            **Chapter 13 Trustee**
HOLLY SPRINGS, MS 38635               **P.O. Box 1985**
                                      **Memphis, TN, 38101-1985**